**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 22, 2018.**



_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE: § | CASE NO. 18-51806-CAG-7 |
| § | |
| DAMION L. JACKSON, § | |
|     Debtor § | CHAPTER 7 |
| § | |
| WELLS FARGO BANK, N.A., § | |
|     Movant § | HEARING DATE: 10/01/2018 |
| § | |
| v. § | TIME: 09:00 AM |
| § | |
| DAMION L. JACKSON; JOHNNY § | |
| W. THOMAS, Trustee § | |
|     Respondents § | JUDGE CRAIG A. GARGOTTA |

### AGREED ORDER LIFTING STAY AS TO DEBTOR

On this day came on before the Court the Motion of WELLS FARGO BANK, N.A., Movant, for Relief from the Automatic Stay. The Court is advised that the parties agree that Debtor shall have 35 days in which to obtain a loan modification. In the event a loan modification is not finalized, the automatic stay shall terminate, at midnight, **NOVEMBER 05, 2018**. Therefore, it is

ORDERED that the Debtor shall have 35 days in which to obtain a loan modification. In the event a loan modification is not finalized, the automatic stay of 11 U.S.C. §362 shall terminate, at midnight, **NOVEMBER 05, 2018** with respect to Movant on the following described property, to wit:

> ALL THAT CERTAIN REAL PROPERTY SITUATED IN THE COUNTY OF BEXAR STATE OF TEXAS, DESCRIBED AS FOLLOWS.
>
> LOT 51, BLOCK 112, TIMBERWOOD PARK, UNIT 16, ACCORDING TO MAP OR PLAT THEREOF RECORDED IN VOLUME 9501, PAGES 198-200, OF THE DEED AND PLAT RECORDS OF BEXAR COUNTY, TEXAS.

It is further

ORDERED that the provision of Rule 4001 (a) (3), Federal Rules of Bankruptcy Procedure is hereby waived and WELLS FARGO BANK, N.A. may immediately enforce and implement this Order Lifting Stay.

### # # #

APPROVED AS TO FORM AND SUBSTANCE

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY:/s/ HEATHER GRAM-CHAVEZ

HEATHER GRAM-CHAVEZ
TX NO. 24092440
4004 Belt Line Rd Ste. 100
ADDISON, TX 75001
Telephone: (972) 386-5040
Facsimile: (972) 661-7725
E-mail: WDECF@BDFGROUP.COM
ATTORNEY FOR MOVANT

DEAN WILLIAM GREER
2929 MOSSROCK SUITE 117
SAN ANTONIO, TX 78230

ATTORNEY FOR DEBTOR